Steven M. Olson, Esq.
  State Bar No. 146120
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>CREDITWEST CORPORATION, a California corporation,<br><br>    Debtor.<br>_____/ | Case No. 10-11212<br>(Chapter 11)<br><br>Preliminary Hearing:<br>Date:      April 5, 2010<br>Time:     3:00 p.m.<br>Location:  99 South E Street, Santa Rosa, CA<br><br>Final Hearing:<br>Date:      April 23, 2010<br>Time:     9:00 a.m.<br>Location:  99 South E Street, Santa Rosa, CA |

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL

CreditWest Corporation, a California corporation, the Chapter 11 Debtor in Possession (the "Debtor"), shows as follows:

### I.

### RELIEF REQUESTED

1.   The Debtor requests that the Court authorize the Debtor's use of cash collateral in the manner requested herein.

### II.

### MOTION

2.   The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(M). This motion is made pursuant to 11 U.S.C. §§ 105 and 363 and Federal Rule of Bankruptcy Procedure

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL** - Page 1

4001(b).

3. The Debtor provides financing for purchases of used vehicles. It receives documentation regarding the transactions from used vehicle dealers, at which time it remits up-front payments to the dealers, and it then endeavors to collect loan payments from the purchasers. The Debtor is headquartered in Rohnert Park, California. It also has offices in Sacramento. The Debtor employs approximately 21 full-time employees.

4. Texas Capital Bank, N.A. ("TCB"), has provided financing for the Debtor's business. At present, the approximate payoff of the debt owing to TCB is $6,896,787.02.

5. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on April 4, 2010.

6. Attached as Exhibit 1 to the Declaration of Lonnie Kelley filed herewith is the Debtor's most recent balance sheet, dated February of 2010. The Debtor's financial condition is roughly the same at present. As is set forth therein, the Debtor's present loan portfolio aggregates approximately $18,293,653.89. Even after a discount for anticipated uncollectible loans, the net value of the Debtor's loan portfolio exceeds $14,000,000.

7. The Debtor's counsel is informed and believes, but has not yet independently confirmed, that TCB has a security interest in the Debtor's loan portfolio.

8. The Debtor needs to use the funds it receives from its loan portfolio to preserve the "cash flow stream." It seeks Court authority to use cash collateral to pay expenses that are necessary to preserve the cash flow stream. This includes staff, supplies, rent, utilities, taxes arising from the post-petition operations, and funds necessary to purchase new vehicle sale contracts. A projected budget for operating expenses for April, May and June of 2010 is attached as Exhibit 2 to the Declaration of Lonnie Kelley.

9. The Debtor believes TCB is adequately protected because the requested use of cash collateral will preserve the cash flow stream.

10. This Motion is based upon the foregoing, the Notice of Hearings on

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL** - Page 2

Motion for Authority to Use Cash Collateral which accompanies this Motion, and the Declaration of Lonnie Kelley in support of the Motion.

    WHEREFORE, CreditWest Corporation, the Chapter 11 Debtor in Possession, requests that the Court:

    1.    Authorize the above-described use of cash collateral; and

    2.    Grant the Debtor such other and further relief, at law or in equity, to which the Debtor may be justly entitled.

Dated: April 5, 2010        LAW OFFICE OF STEVEN M. OLSON

                                        */S/ Steven M. Olson*
                              BY: _____
                                      Steven M. Olson
                              ATTORNEY FOR DEBTOR IN POSSESSION

# CERTIFICATE OF SERVICE

I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Law Office of Steven M. Olson, 100 E Street, Suite 214, Santa Rosa, CA 95404.

On April 5, 2010, I served the within

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL

on the parties listed on the attached Service List. I served such parties in the manner described as follows:

/X/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Law Office of Steven M. Olson for processing of correspondence, the practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the address(es) noted on the attached Service List.

/_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to such parties as have facsimile numbers set forth on the attached Service List.

// (BY EMAIL) I caused the document to be transmitted by Email to such parties as have Email addresses set forth on the attached Service List.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on April 5, 2010.

*/S/ Ingrid Howard*
By: _____
Ingrid Howard

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL** - Page 4

# SERVICE LIST

**United States Trustee**

Patricia A. Cutler
235 Pine Street, Suite 700
San Francisco, CA 94104-3401

**20 Largest Unsecured Creditors**

(Please See Attached)

**Other Interested Parties**

Texas Capital Bank, N.A.
5800 Granite Parkway, Suite 210
Plano, TX 75024

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL** - Page 5

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re *CreditWest Corporation*   Case No.
*a California Corporation*
                                 Chapter *11*

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Giulano R. Delapa<br>1307 N Texas St.<br>Fairfield CA  94533 | Phone: 707-429-8800<br>Giulano R. (Rocco) Delapa<br>1307 N Texas St.<br>Fairfield CA  94533 | | | $ 614,861.19 |
| 2<br>Fito's Auto Sales<br>3546 Santa Rosa Ave<br>Santa Rosa CA  95407 | Phone: 707-586-8848<br>Fito's Auto Sales<br>3546 Santa Rosa Ave<br>Santa Rosa CA  95407 | | | $ 558,429.00 |
| 3<br>Auto Marin<br>7084 Redwood Blvd<br>Novato CA  94945 | Phone: 415-898-3306<br>Auto Marin<br>7084 Redwood Blvd<br>Novato CA  94945 | | | $ 490,099.67 |
| 4<br>All Image Auto Sales<br>303 S Cherokee Ln<br>Lodi CA  95240 | Phone: 209-333-8442<br>All Image Auto Sales<br>303 S Cherokee Ln<br>Lodi CA  95240 | | | $ 307,680.06 |
| 5<br>Sandra L. Geary Trust<br>3383 Jaylee Drive<br>Santa Rosa CA  95404 | Phone: 707-480-1949<br>Sandra L. Geary Trust<br>3383 Jaylee Drive<br>Santa Rosa CA  95404 | | Value:<br>Net Unsecured: | $ 300,000.00<br>$ 0.00<br>$ 300,000.00 |

_____,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Fito's Auto Sales<br>3546 Santa Rosa Ave<br>Santa Rosa CA   95407 | Phone: 707-586-8848<br>Fito's Auto Sales<br>3546 Santa Rosa Ave<br>Santa Rosa CA   95407 | | | $ 261,403.06 |
| 7<br>Carol Blanchette<br>PO Box 4339<br>Arnold CA   95223 | Phone: 209-795-6458<br>Carol Blanchette<br>PO Box 4339<br>Arnold CA   95223 | | Value:<br>Net Unsecured: | $ 250,000.00<br>$ 0.00<br>$ 250,000.00 |
| 8<br>Mary Parsons<br>32243 Perigord Rd<br>Winchester CA   92596 | Phone: 951-926-5646<br>Mary Parsons<br>32243 Perigord Rd<br>Winchester CA   92596 | | Value:<br>Net Unsecured: | $ 250,000.00<br>$ 0.00<br>$ 250,000.00 |
| 9<br>Sharon Lopez<br>107 Park Royal<br>Santa Rosa CA   95401 | Phone: 707-526-2406<br>Sharon Lopez<br>107 Park Royal<br>Santa Rosa CA   95401 | | Value:<br>Net Unsecured: | $ 250,000.00<br>$ 0.00<br>$ 250,000.00 |
| 10<br>Judy Howery<br>200 Eagleview Lane<br>Sandpoint ID   83864 | Phone: 208-263-0721<br>Judy Howery<br>200 Eagleview Lane<br>Sandpoint ID   83864 | | Value:<br>Net Unsecured: | $ 250,000.00<br>$ 0.00<br>$ 250,000.00 |
| 11<br>Luis Nieves<br>C/O AUL<br>1250 Main Street-3rd Floor<br>Napa CA   94559 | Phone: 800-826-3207<br>Luis Nieves<br>C/O AUL<br>1250 Main Street-3rd Floor<br>Napa CA   94559 | | Value:<br>Net Unsecured: | $ 150,000.00<br>$ 0.00<br>$ 150,000.00 |
| 12<br>Lake County Auto Financing<br>2480 S. Main St.<br>Lakeport CA   95453 | Phone: 707-263-1536<br>Lake County Auto Financing<br>2480 S. Main St.<br>Lakeport CA   95453 | | Value:<br>Net Unsecured: | $ 128,090.76<br>$ 0.00<br>$ 128,090.76 |
| 13<br>Auto Mario<br>320 Petaluma Blvd N<br>Petaluma CA   94952 | Phone: 707-766-6134<br>Auto Mario<br>320 Petaluma Blvd N<br>Petaluma CA   94952 | | | $ 112,276.60 |

B4 (Official Form 4) (12/07)

_____ ,
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Trader Vic's Used cars<br>10019 San Fernando Rd<br>Pacoima CA 91331 | Phone: 818-899-6800<br>Trader Vic's Used cars<br>10019 San Fernando Rd<br>Pacoima CA 91331 | | | $ 105,986.90 |
| 15<br>Nevada Auto Sales<br>934 S Nevada Ave<br>Colorado Springs CO 80903 | Phone: 719-635-2533<br>Nevada Auto Sales<br>934 S Nevada Ave<br>Colorado Springs CO 80903 | | | $ 104,755.87 |
| 16<br>eZ Auto Solutions<br>1733 Fulton Ave<br>Sacramento CA 95825 | Phone: 916-485-2277<br>eZ Auto Solutions<br>1733 Fulton Ave<br>Sacramento CA 95825 | | | $ 100,449.77 |
| 17<br>Elias Y. Tannous<br>901 Lake Mendocino Drive<br>Ukiah CA 95482 | Phone: 707-272-7057<br>Elias Y. Tannous<br>901 Lake Mendocino Drive<br>Ukiah CA 95482 | | Value:<br>Net Unsecured: | $ 100,000.00<br>$ 0.00<br>$ 100,000.00 |
| 18<br>Mason or Janalyn Hoburg Trust<br>2514 Fulton Place<br>Santa Rosa CA 95401 | Phone: 707-545-6448<br>Mason or Janalyn Hoburg Trust<br>2514 Fulton Place<br>Santa Rosa CA 95401 | | Value:<br>Net Unsecured: | $ 100,000.00<br>$ 0.00<br>$ 100,000.00 |
| 19<br>Ethel M. Evans Revocable Trust<br>PO Box 762<br>Kelseyville CA 95451 | Phone: 707-279-4686<br>Ethel M. Evans Revocable Trust<br>5582 Hilltop Drive<br>Kelseyville CA 95451 | | Value:<br>Net Unsecured: | $ 100,000.00<br>$ 0.00<br>$ 100,000.00 |
| 20<br>Best Autos.com<br>4710 Franklin Blvd<br>#B<br>Sacramento CA 95820 | Phone: 916-455-9999<br>Best Autos.com<br>4710 Franklin Blvd<br>#B<br>Sacramento CA 95820 | | | $ 98,117.30 |

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Larry J. Kelley* , *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *3/30/2010*    Signature */s/ Larry J. Kelley*
                     Name: *Larry J. Kelley*
                     Title: *President*