Steven M. Olson, Esq.
    State Bar No. 146120
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com

Attorney for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>CREDITWEST CORPORATION, a California corporation,<br><br>    Debtor.<br>_____/ | Case No. 10-11212<br>(Chapter 11)<br><br>Preliminary Hearing:<br>Date:    April 5, 2010<br>Time:    3:00 p.m.<br>Location:    99 South E Street, Santa Rosa, CA<br><br>Final Hearing:<br>Date:    April 23, 2010<br>Time:    9:00 a.m.<br>Location:    99 South E Street, Santa Rosa, CA |

### DECLARATION OF LONNIE KELLEY IN SUPPORT OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL

Lonnie Kelley declares:

    1.    I am over eighteen (18) years old, and I am competent to testify as to the matters set forth hereinbelow.

    2.    I am the Chief Financial Officer of CreditWest Corporation, a California corporation, the Chapter 11 Debtor in Possession in the above-captioned case (the "Debtor").

    3.    The Debtor provides financing for purchases of used vehicles. It receives documentation regarding the transactions from used vehicle dealers, at which time it remits up-front payments to the dealers, and it then endeavors to collect loan payments from the purchasers. The Debtor is headquartered in Rohnert Park, California. It also has offices in Sacramento. The Debtor employs approximately 21 full-time employees.

**DECLARATION OF LONNIE KELLEY IN SUPPORT OF**
**MOTION FOR AUTHORITY TO USE CASH COLLATERAL** - Page 1

4. Texas Capital Bank, N.A. ("TCB"), has provided financing for the Debtor's business. At present, the approximate payoff of the debt owing to TCB is $6,896,787.02.

5. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on April 4, 2010.

6. The Debtor's most recent balance sheet, dated February of 2010, is attached as Exhibit 1 and, by this reference, is incorporated herein. The Debtor's financial condition is roughly the same at present. The Debtor's present loan portfolio aggregates approximately $18,293,653.89. Even after a discount for anticipated uncollectible loans, I believe the net value of the Debtor's loan portfolio exceeds $14,000,000.

7. The Debtor needs to use the funds it receives from its loan portfolio to preserve the "cash flow stream." It seeks Court authority to use cash collateral to pay expenses that are necessary to preserve the cash flow stream. This includes staff, supplies, rent, utilities, taxes arising from the post-petition operations, and funds necessary to purchase new vehicle sale contracts. A projected budget for operating expenses for the April, May and June of 2010 is attached hereto as Exhibit 2 and, by this reference, is incorporated herein.

8. I believe payment of these operating expenses are necessary in order to preserve the cash flow stream.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

*/S/ Lonnie D. Kelley*

DATED: April 5, 2010   By_____
                            Lonnie Kelley

**DECLARATION OF LONNIE KELLEY IN SUPPORT OF**
**MOTION FOR AUTHORITY TO USE CASH COLLATERAL** - Page 2

# CERTIFICATE OF SERVICE

I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Law Office of Steven M. Olson, 100 E Street, Suite 214, Santa Rosa, CA 95404.

On April 5, 2010, I served the within

**DECLARATION OF LONNIE KELLEY IN SUPPORT OF**
**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

on the parties listed on the attached Service List. I served such parties in the manner described as follows:

/X/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Law Office of Steven M. Olson for processing of correspondence, the practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the address(es) noted on the attached Service List.

/_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to such parties as have facsimile numbers set forth on the attached Service List.

// (BY EMAIL) I caused the document to be transmitted by Email to such parties as have Email addresses set forth on the attached Service List.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on April 5, 2010.

By: /S/ Ingrid Howard
_____
Ingrid Howard

## SERVICE LIST

**United States Trustee**
Patricia A. Cutler
235 Pine Street, Suite 700
San Francisco, Ca 94104-3401
415-705-3333

**20 Largest Unsecured Creditors**
Please see attached

**Other Interested Parties**
Texas Capital Bank, N.A.
5800 Granite Parkway, Suite 210
Plano, TX 75024
972-963-3000

**DECLARATION OF LONNIE KELLEY IN SUPPORT OF**
**MOTION FOR AUTHORITY TO USE CASH COLLATERAL** - Page 4

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re  *CreditWest Corporation*  
    *a California Corporation*

Case No.  
Chapter *11*

_____,  
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Giulano R. Delapa<br>1307 N Texas St.<br>Fairfield CA  94533 | Phone: 707-429-8800<br>Giulano R. (Rocco) Delapa<br>1307 N Texas St.<br>Fairfield CA  94533 | | | $ 614,861.19 |
| 2<br>Fito's Auto Sales<br>3546 Santa Rosa Ave<br>Santa Rosa CA  95407 | Phone: 707-586-8848<br>Fito's Auto Sales<br>3546 Santa Rosa Ave<br>Santa Rosa CA  95407 | | | $ 558,429.00 |
| 3<br>Auto Marin<br>7084 Redwood Blvd<br>Novato CA  94945 | Phone: 415-898-3306<br>Auto Marin<br>7084 Redwood Blvd<br>Novato CA  94945 | | | $ 490,099.67 |
| 4<br>All Image Auto Sales<br>303 S Cherokee Ln<br>Lodi CA  95240 | Phone: 209-333-8442<br>All Image Auto Sales<br>303 S Cherokee Ln<br>Lodi CA  95240 | | | $ 307,680.06 |
| 5<br>Sandra L. Geary Trust<br>3383 Jaylee Drive<br>Santa Rosa CA  95404 | Phone: 707-480-1949<br>Sandra L. Geary Trust<br>3383 Jaylee Drive<br>Santa Rosa CA  95404 | | Value:<br>Net Unsecured: | $ 300,000.00<br>$ 0.00<br>$ 300,000.00 |

B4 (Official Form 4) (12/07)

_____,
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Fito's Auto Sales<br>3546 Santa Rosa Ave<br>Santa Rosa CA   95407 | Phone: 707-586-8848<br>Fito's Auto Sales<br>3546 Santa Rosa Ave<br>Santa Rosa CA   95407 | | | $ 261,403.06 |
| 7<br>Carol Blanchette<br>PO Box 4339<br>Arnold CA   95223 | Phone: 209-795-6458<br>Carol Blanchette<br>PO Box 4339<br>Arnold CA   95223 | | Value:<br>Net Unsecured: | $ 250,000.00<br>$ 0.00<br>$ 250,000.00 |
| 8<br>Mary Parsons<br>32243 Perigord Rd<br>Winchester CA   92596 | Phone: 951-926-5646<br>Mary Parsons<br>32243 Perigord Rd<br>Winchester CA   92596 | | Value:<br>Net Unsecured: | $ 250,000.00<br>$ 0.00<br>$ 250,000.00 |
| 9<br>Sharon Lopez<br>107 Park Royal<br>Santa Rosa CA   95401 | Phone: 707-526-2406<br>Sharon Lopez<br>107 Park Royal<br>Santa Rosa CA   95401 | | Value:<br>Net Unsecured: | $ 250,000.00<br>$ 0.00<br>$ 250,000.00 |
| 10<br>Judy Howery<br>200 Eagleview Lane<br>Sandpoint ID   83864 | Phone: 208-263-0721<br>Judy Howery<br>200 Eagleview Lane<br>Sandpoint ID   83864 | | Value:<br>Net Unsecured: | $ 250,000.00<br>$ 0.00<br>$ 250,000.00 |
| 11<br>Luis Nieves<br>C/O AUL<br>1250 Main Street-3rd Floor<br>Napa CA   94559 | Phone: 800-826-3207<br>Luis Nieves<br>C/O AUL<br>1250 Main Street-3rd Floor<br>Napa CA   94559 | | Value:<br>Net Unsecured: | $ 150,000.00<br>$ 0.00<br>$ 150,000.00 |
| 12<br>Lake County Auto Financing<br>2480 S. Main St.<br>Lakeport CA   95453 | Phone: 707-263-1536<br>Lake County Auto Financing<br>2480 S. Main St.<br>Lakeport CA   95453 | | Value:<br>Net Unsecured: | $ 128,090.76<br>$ 0.00<br>$ 128,090.76 |
| 13<br>Auto Mario<br>320 Petaluma Blvd N<br>Petaluma CA   94952 | Phone: 707-766-6134<br>Auto Mario<br>320 Petaluma Blvd N<br>Petaluma CA   94952 | | | $ 112,276.60 |

Case: 10-11212   Doc# 5   Filed: 04/05/10   Entered: 04/05/10 12:14:49   Page 6 of 14

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Trader Vic's Used cars<br>10019 San Fernando Rd<br>Pacoima CA 91331 | Phone: 818-899-6800<br>Trader Vic's Used cars<br>10019 San Fernando Rd<br>Pacoima CA 91331 | | | $ 105,986.90 |
| 15<br>Nevada Auto Sales<br>934 S Nevada Ave<br>Colorado Springs CO 80903 | Phone: 719-635-2533<br>Nevada Auto Sales<br>934 S Nevada Ave<br>Colorado Springs CO 80903 | | | $ 104,755.87 |
| 16<br>eZ Auto Solutions<br>1733 Fulton Ave<br>Sacramento CA 95825 | Phone: 916-485-2277<br>eZ Auto Solutions<br>1733 Fulton Ave<br>Sacramento CA 95825 | | | $ 100,449.77 |
| 17<br>Elias Y. Tannous<br>901 Lake Mendocino Drive<br>Ukiah CA 95482 | Phone: 707-272-7057<br>Elias Y. Tannous<br>901 Lake Mendocino Drive<br>Ukiah CA 95482 | | Value:<br>Net Unsecured: | $ 100,000.00<br>$ 0.00<br>$ 100,000.00 |
| 18<br>Mason or Janalyn Hoburg Trust<br>2514 Fulton Place<br>Santa Rosa CA 95401 | Phone: 707-545-6448<br>Mason or Janalyn Hoburg Trust<br>2514 Fulton Place<br>Santa Rosa CA 95401 | | Value:<br>Net Unsecured: | $ 100,000.00<br>$ 0.00<br>$ 100,000.00 |
| 19<br>Ethel M. Evans Revocable Trust<br>PO Box 762<br>Kelseyville CA 95451 | Phone: 707-279-4686<br>Ethel M. Evans Revocable Trust<br>5582 Hilltop Drive<br>Kelseyville CA 95451 | | Value:<br>Net Unsecured: | $ 100,000.00<br>$ 0.00<br>$ 100,000.00 |
| 20<br>Best Autos.com<br>4710 Franklin Blvd<br>#B<br>Sacramento CA 95820 | Phone: 916-455-9999<br>Best Autos.com<br>4710 Franklin Blvd<br>#B<br>Sacramento CA 95820 | | | $ 98,117.30 |

_____ ,
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Larry J. Kelley*_____ , *President*_____ of the *Corporation*_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *3/30/2010*    Signature */s/ Larry J. Kelley*_____
                          Name: *Larry J. Kelley*
                           Title: *President*

# EXHIBIT 1

Case: 10-11212    Doc# 5    Filed: 04/05/10    Entered: 04/05/10 12:14:49    Page 9 of 14

# CreditWest Corporation
# Balance Sheet
## As of February 28, 2010

|  | Feb 28, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **0999 · Cash** | |
| 1000 · Cash on Hand | 700.00 |
| 1001 · Summit State Bank | -284,967.89 |
| 1002 · Money Market | 147,552.85 |
| 1004 · Summit Sacramento | -152,229.74 |
| 1006 · Wells Clearing Account | 27,792.23 |
| 1008 · Summit San Diego | -69,480.84 |
| 1009 · Payroll Account | -8,749.96 |
| **Total 0999 · Cash** | -339,383.35 |
| | |
| **Total Checking/Savings** | -339,383.35 |
| | |
| **Other Current Assets** | |
| **1100 · Accounts Rec - Auto Financing** | |
| 1103 · Unearned Discount | -135.96 |
| 1104 · Unearned Finance Charge | -4,208,582.91 |
| 1100 · Accounts Rec - Auto Financing - Other | 20,879,184.29 |
| **Total 1100 · Accounts Rec - Auto Financing** | 16,670,465.42 |
| | |
| 1110 · Returned Items Pending | 311.87 |
| 1130 · Due from Dealer | 11,771.25 |
| 1131 · Due from Trifish | 397.87 |
| 1180 · Employee Advances | 3,545.96 |
| **Total Other Current Assets** | 16,686,492.37 |
| | |
| **Total Current Assets** | 16,347,109.02 |
| | |
| **Fixed Assets** | |
| 1410 · Company Vehicles | 108,708.76 |
| 1420 · Office Furniture | 68,206.54 |
| 1425 · Office Equipment | 19,615.16 |
| 1430 · Computers & Elec Equip | 143,011.24 |
| 1435 · Computer Software | 65,611.19 |
| 1440 · Pmt Protection Dev - GPS | 444,715.14 |
| 1445 · Pmt Protection Dev - non-GPS | 166,224.49 |
| 1450 · Signs/Displays | 3,300.67 |
| 1480 · Leasehold Improvements | 22,346.14 |
| 1500 · Accumulated Depreciation | -782,395.04 |
| 1501 · Accumulated Amortization | -74,417.00 |
| **Total Fixed Assets** | 184,927.29 |
| | |
| **Other Assets** | |
| 1810 · Start up costs | 5,672.57 |
| 1820 · Deposits | 23,809.89 |
| 1890 · Accumulated Amort | -5,672.57 |
| **Total Other Assets** | 23,809.89 |

Case: 10-11212    Doc# 5    Filed: 04/05/10    Entered: 04/05/10 12:14:49    Page 10 of 14

# CreditWest Corporation
# Balance Sheet
## As of February 28, 2010

|  | Feb 28, 10 |
|---|---:|
| **TOTAL ASSETS** | 16,555,846.20 |
| | |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         2020 · Unapplied Payments Payable | 426.25 |
|         2030 · A/P - Service Contracts | 2,170.00 |
|         2110 · State Income Tax Payable | -9,964.00 |
|         2120 · Federal Tax Payable | -17,955.00 |
|         2170 · Employee Retirement Plan | 1,336.64 |
|         2300 · Repo Fees Received | 4,065.00 |
|         2340 · Accrued Interest Payable | 9,705.65 |
|         2350 · Accrued Retirement Plan | 37,739.12 |
|         2370 · Deferred Income Tax | 19,128.00 |
|         2380 · Servicing Trust Account | 1,000.00 |
|       **Total Other Current Liabilities** | 47,651.66 |
| | |
|     **Total Current Liabilities** | 47,651.66 |
| | |
|     **Long Term Liabilities** | |
|       2400 · Dealer Reserves | 3,066,011.54 |
|       2700 · NP - Investors (subordinated) | |
|         2700.1 · NP - Investors (subordinated) | |
|           2701 · NP - Kelley & Henry | 150,000.00 |
|           2702 · NP - Henry Trust #1 | 300,000.00 |
|           2703 · NP - Henry Trust #2 | 50,593.99 |
|           2704 · NP - Henry Trust #3 | 83,642.84 |
|           2723 · NP - RL Griffiths Family | 850,000.00 |
|           2725 · NP - L&G Day | 300,000.00 |
|           2726 · NP - EY Tannous | 98,671.11 |
|           2727 · NP - BM Henry | 57,441.81 |
|           2729 · NP - Dawn Hansen | 72,932.79 |
|           2731 · NP - Lake County Auto | 125,104.41 |
|           2733 · NP - Bret&Michelle Henry | 301,069.59 |
|           2734 · NP - Giulano R Delapa | 554,946.29 |
|           2736 · NP - S Geary Trust | 300,000.00 |
|           2737 · NP - Ethel M Rhoades | 100,000.00 |
|           2738 · NP - Heather Smith | 29,455.22 |
|           2740 · NP - Larry/Pat Kelley | 78,000.00 |
|           2741 · NP - Damon Casatico | 16,419.62 |
|           2743 · NP - Nancy C Smith | 25,000.00 |
|           2744 · NP - Luis Nieves | 150,000.00 |
|           2745 · NP - MM or JR Hoburg Trust | 100,000.00 |
|           2746 · NP - Auto Marin | 43,757.90 |
|           2747 · NP - NBAA | 25,000.00 |
|           2748 · NP - R Scott | 27,345.51 |
|           2749 · NP - T Platt | 70,000.00 |
|         **Total 2700.1 · NP - Investors (subordinated)** | 3,909,381.08 |

# CreditWest Corporation
## Balance Sheet
### As of February 28, 2010

|  | Feb 28, 10 |
|---|---:|
| **2700.2 · NP - Interest (subordinated)** | |
| 2703.1 · NP - Henry Trust #2 (Int) | 31,933.43 |
| 2726.1 · NP - EY Tannous (Int) | 1,328.89 |
| 2729.1 · NP - Dawn Hansen (Int) | 3,607.75 |
| 2731.1 · NP - Lake County (Int) | 1,724.41 |
| 2734.1 · NP - Giulano R Delapa (Int) | 51,490.67 |
| 2738.1 · NP - Heather Smith (Int) | 2,143.95 |
| 2740.1 · NP - Larry/Pat Kelley (Int) | 13,127.50 |
| 2741.1 · NP - Damon Casatico (Int) | 963.68 |
| 2743.1 · NP - Nancy C Smith (Int) | 3,185.15 |
| 2746.1 · NP - Auto Marin (Int) | 4,012.56 |
| 2747.1 · NP - NBAA (Int) | 2,349.70 |
| 2748.1 · NP - Robert Scott (Int) | 1,989.48 |
| **Total 2700.2 · NP - Interest (subordinated)** | 117,857.17 |
| | |
| **Total 2700 · NP - Investors (subordinated)** | 4,027,238.25 |
| | |
| **2770 · NP - Investors (non-sub)** | |
| 2774 · NP - Patricia A Kelley | 4,785.23 |
| 2775 · NP - SBAA | 50,000.00 |
| **Total 2770 · NP - Investors (non-sub)** | 54,785.23 |
| | |
| **2800 · Credit Line-Texas Capital Bank** | 8,635,922.83 |
| **Total Long Term Liabilities** | 15,783,957.85 |
| | |
| **Total Liabilities** | 15,831,609.51 |
| | |
| **Equity** | |
| 3100 · Common Stock | 46,724.25 |
| 3120 · Retained Earnings | 610,441.47 |
| Net Income | 67,070.97 |
| **Total Equity** | 724,236.69 |
| | |
| **TOTAL LIABILITIES & EQUITY** | **16,555,846.20** |

# EXHIBIT 2

**CreditWest Corporation**
**Operating Expenses Budget**
**April 2010 - June 2010**

|  | Apr 10 | May 10 | Jun 10 |
|---|---:|---:|---:|
| **6010 · Accounting Services** | 1000.00 | 1000.00 | 1000.00 |
| **6020 · Advertising & Promotion** | 775.00 | | |
| **6040 · Auto Expense** | 3000.00 | 3000.00 | 3000.00 |
| **6070 · Bank Charges** | 825.00 | 825.00 | 825.00 |
| **6072 - Credit Card Charges** | 11850.00 | 11850.00 | 11850.00 |
| **6120 · Collections Expense** | 825.00 | 825.00 | 825.00 |
| **6130 · Commissions** | 7000.00 | 7000.00 | 7000.00 |
| **6160 · Credit Reports** | 2100.00 | 2100.00 | 2100.00 |
| **6206 · DMV Fees** | 500.00 | 500.00 | 500.00 |
| **6210 · Dues & Subscriptions** | 2400.00 | 2400.00 | 2400.00 |
| **6230 · Employee Benefits** | 200.00 | 200.00 | 200.00 |
| **6240 · Equipment Rental** | 125.00 | 125.00 | 125.00 |
| **6281 · Compensation Insurance** | 1200.00 | 1100.00 | 1100.00 |
| **6283 · Health Insurance** | 9550.00 | 9550.00 | 9550.00 |
| **6284 · Officer's Health Insurance** | 1485.00 | 1485.00 | 1485.00 |
| **6285 · Officers' Life Insurance** | | | 6525.00 |
| **6310 · Janitorial Services** | 150.00 | 150.00 | 150.00 |
| **6330 · Legal Services** | 15000.00 | 15000.00 | 15000.00 |
| **6410 · Notary Fees** | 300.00 | 300.00 | 300.00 |
| **6420 · Office Supplies** | 4300.00 | 4300.00 | 4300.00 |
| **6450 · Outside Services** | 3900.00 | 3900.00 | 3900.00 |
| **6480 · Payment Protection Expenses** | 1350.00 | 1350.00 | 1350.00 |
| **6500 · Postage & Delivery** | 4800.00 | 4800.00 | 4800.00 |
| **6600 · Rent** | 14020.00 | 11340.00 | 11340.00 |
| **6610 · Repairs & Maintenance** | 1000.00 | 1000.00 | 1000.00 |
| **2400 - Repossession Costs** | 15000.00 | 15000.00 | 15000.00 |
| **6670 · Salaries - Officers** | 25200.00 | 25200.00 | 25200.00 |
| **6680 · Salaries - Staff** | 67300.00 | 67300.00 | 64800.00 |
| **6700 · Payroll Tax Expense** | 9300.00 | 9150.00 | 9000.00 |
| **6710 · Payroll Service** | 1075.00 | 1075.00 | 1075.00 |
| **6750 · Security Systems** | 0.00 | 390.00 | 590.00 |
| **6810 · Taxes/Licenses/Permits** | 250.00 | 250.00 | 250.00 |
| **6850 · Telecommunications** | 5500.00 | 5500.00 | 5500.00 |
| **6880 · Travel** | 800.00 | 300.00 | 300.00 |
| **6970 · Utilities** | 35.00 | 40.00 | 40.00 |
| **1100 - Purchase of Contracts** | 700000.00 | 700000.00 | 800000.00 |
| | 912115.00 | 908305.00 | 1012380.00 |